Vacated and Dismissed and Memorandum Opinion filed May 12, 2005









Vacated and Dismissed and Memorandum Opinion filed May
12, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00065-CV

____________

 

HOUSTON R.E. INCOME PROPERTIES XIV,
L.P., HARTMAN PARTNERSHIP XIV., L.L.C., and HARMAN
MANAGEMENT, INC., Appellants

 

V.

 

PHILLIPS & AKERS, P.C., Appellee

 



 

On Appeal from the
157th District Court

Harris County, Texas

Trial Court Cause No.  01-31002A

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 18, 2004.

On May 3, 2005, the parties filed a joint motion to vacate
the trial court=s judgment and dismiss the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the judgment signed October 18, 2004, is ordered
vacated and the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 12, 2005.

Panel consists of Justices Yates,
Anderson, and Hudson.